**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6393**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

BENJAMIN C. THOMPKINS, JR., a/k/a Benjamin Thompkins, a/k/a
Benjie,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge.  (3:08-cr-00339-REP-1)

Submitted:  July 31, 2012      Decided:  August 28, 2012

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Benjamin C. Thompkins, Jr., Appellant Pro Se. Angela
Mastandrea-Miller, Assistant United States Attorney, Richmond,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin C. Thompkins, Jr., appeals the district court's order granting the United States' motion to dismiss and denying Thompkins' various motions including his Fed. R. Crim. P. 33(b)(1) motion for new trial, his motion for disclosure, and his motion to preserve evidence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Thompkins</u>, No. 3:08-cr-00339-REP-1 (E.D. Va. Feb. 10, 2012). We grant leave to proceed in formal pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>